No. 00–10884.  IN RE BAUDER;
No. 01–56.  IN RE GARCIA;
No. 01–88.  IN RE FELDMAN;
No. 01–5005.  IN RE ALONSO LONDONO;
No. 01–5021.  IN RE CANA-RUIZ;
No. 01–5029.  IN RE PORTER;
No. 01–5055.  IN RE NEUFVILLE;
No. 01–5083.  IN RE HEDGES ET AL.;
No. 01–5090.  IN RE MARTIN;
No. 01–5137.  IN RE MONTGOMERY;
No. 01–5149.  IN RE WOODS;
No. 01–5155.  IN RE GIURA;
No. 01–5315.  IN RE GONZALEZ;
No. 01–5360.  IN RE DRAPER;
No. 01–5428.  IN RE TAYLOR;
No. 01–5523.  IN RE GOODWIN;
No. 01–5550.  IN RE YAPP;
No. 01–5554.  IN RE MURRAY;
No. 01–5558.  IN RE BROWN;
No. 01–5653.  IN RE ADIO-MOWO;
No. 01–5700.  IN RE WIGGINS;
No. 01–5741.  IN RE MONREAL;
No. 01–5755.  IN RE DEVAUGHN;
No. 01–5928.  IN RE WALDEN; and
No. 01–6033.  IN RE GRAVES.  Petitions for writs of habeas corpus denied.

No. 00–10748.  IN RE CHURCH.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 00–10761.  IN RE CHURCH.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's rule 39.8.

No. 00–10105.  IN RE ROBINSON;
No. 00–10292.  IN RE BERRY;
No. 00–10336.  IN RE VANN;
No. 00–10390.  IN RE ROBINSON;
No. 00–10485.  IN RE ABDELMESSIH;
No. 00–10487.  IN RE RODRIGUEZ-PADRON;
No. 00–10513.  IN RE DUNNINGTON;
No. 00–10532.  IN RE YOUNG;

No. 00–10591. IN RE DORE;
No. 00–10592. IN RE AINSWORTH;
No. 00–10650. IN RE GUNNELL;
No. 00–10652. IN RE GAINES;
No. 00–10701. IN RE SCHREIBER;
No. 00–10722. IN RE CORREA;
No. 00–10851. IN RE JACKSON;
No. 01–5012. IN RE PURCHESS;
No. 01–5348. IN RE BOWEN;
No. 01–5429. IN RE YOUNG; and
No. 01–5544. IN RE TOOTLE. Petitions for writ of mandamus denied.

No. 00–1788. IN RE POLYAK. Motion of petitioner to defer consideration of petition for writ of mandamus denied. Petition for writ of mandamus denied.

No. 01–129. IN RE FERNANDES. Motion of petitioner to defer consideration of petition for writ of mandamus denied. Petition for writ of mandamus denied.

No. 01–148. IN RE POLYAK. Motion of petitioner to defer consideration of petition for writ of mandamus denied. Petition for writ of mandamus denied.

No. 00–1878. IN RE ROSE;
No. 00–9895. IN RE NEWSOME;
No. 00–10178. IN RE ABBEY;
No. 00–10479. IN RE CHAMBERS;
No. 00–10694. IN RE MEHDIPOUR;
No. 00–10795. IN RE CUMMINGS; and
No. 01–5148. IN RE WOODS. Petitions for writs of mandamus and/or prohibition denied.

No. 00–10810. IN RE BRAUN. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.